**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Zangle Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **27-5071101** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br>**23440 Civic Center Drive, Suite 205**<br>**Malibu, CA**<br><div align="right">ZIPCODE **90265**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code)<br><br><div align="right">ZIPCODE</div> |
| County of Residence or of the Principal Place of Business<br>**Los Angeles** | County of Residence or of the Principal Place of Business |
| Mailing Address of Debtor (if different from street address)<br><br><div align="right">ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address)<br><br><div align="right">ZIPCODE</div> |

Location of Principal Assets of Business Debtor (if different from street address above)
**23440 Civic Center Drive, Suite 205, Malibu, CA**                              ZIPCODE **90265**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☑ A plan is being filed with this petition<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                               Page 2

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Zangle Inc** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>   James Paulett Charlton | Case Number:<br>04-32400 | Date Filed:<br>8/24/2004 |
| District:  Northern District of California | Relationship:<br>Directory | Judge:<br>  Thomas E. Carlson |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>     Signature of Attorney for Debtor(s)                     Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Zangle Inc** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X */s/ Jeffrey B. Neustadt, Esq.*
Signature of Attorney for Debtor(s)

**Jeffrey B. Neustadt, Esq. 57889**

**2740 Van Ness Ave, Suite 300**
**San Francisco, CA** 94109

**jbneustadtlaw@sbcglobal.net**

**March 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Paul Charlton*
Signature of Authorized Individual

**Paul Charlton**
Printed Name of Authorized Individual

**Chairman Of The Board**
Title of Authorized Individual

**March 17, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,          Case No. _____
                    Debtor

                                                          Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

    There are no creditors holding liquidated, non-contingent, or un-disputed claims at the time  of petition.

Date: _____

                 /s/ Paul Charlton, Chairman of the Board
                              Debtor

*[Declaration as in Form 2]*

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                     Case No. _____

**Zangle Inc** _____     Chapter _____11_____
                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **George Allen**<br>**47 Bayview Ave**<br>**Los Gatos, CA  95030** | **2** | **Common Stockholder** |
| **GPSXPERTS LLC**<br>**305 Vineyard Town Center #193**<br>**Morgan Hill, CA  95037** | **5** | **Common Stockholder** |
| **Paul Charlton**<br>**PO Box 411143**<br>**San Francisco, CA  94141-1143** | **5** | **Common Stockholder** |
| **Results ByIQ LLC**<br>**2740 Van Ness Ave, STE 300**<br>**San Francisco, CA  94109** | **5** | **Common Stockholder** |
| **Vermont Equity Partners LLC**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | **83** | **Common Stockholder** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                              Case No. _____

Zangle Inc _____     Chapter _____11_____

                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 5 | $ 113,653,635.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   6,460,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $          0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| | TOTAL | 35 | $ 113,653,635.00 | $   6,460,000.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Zangle Inc**                                                                                          Case No. _____
                                    Debtor(s)                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Zangle Inc** _____    Case No. _____
                     Debtor(s)                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Zangle Inc _____    Case No. _____
                  Debtor(s)                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **estimated license subscription and related fees due 7/1/2011** | | 5,429,296.00 |
| | | **trade receivables (accrual basis)** | | 336,830.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **contingent interest - estimated - all claims in all causes of action against Bill Naughtin, John Uhler, Aequitas Solutions, Inc, et al in Case #KC056011, IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES (EAST DISTRICT) and Case #090408193 in IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY, STATE OF UTAH, JAMS proceeding #1220040224** | | 45,000,000.00 |
| | | **Past Due Annual license maintenance - Claremont Unified School District** | | 76,860.00 |
| | | **Past Due Annual license maintenance - Colton Joint Unified School District** | | 85,900.00 |
| | | **Past Due Annual license maintenance - Davis Joint Unified School District** | | 34,096.00 |
| | | **Past Due Annual license maintenance - Detroit Public Schools - estimated** | | 418,885.00 |
| | | **Past Due Annual license maintenance - Fontana Unified School District** | | 154,000.00 |
| | | **Past Due Annual license maintenance - Manteca Unified School District** | | 138,492.00 |
| | | **Past Due Annual license maintenance - Oakland County MI - estimated** | | 530,000.00 |
| | | **Past Due Annual license maintenance - Ontario-Montclair School District** | | 212,174.00 |
| | | **Past Due Annual license maintenance - Pleasanton Unified School District** | | 93,468.00 |
| | | **Past Due Annual license maintenance - Riverside County Office of Education** | | 90,000.00 |
| | | **Past Due Annual license maintenance - Ventura County Office of** | | 310,788.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Zangle Inc

Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Education** | | |
| | | **Past Due Annual license maintenance - Ventura Unified School District** | | 182,846.00 |
| | | **Past Due Annual license maintenance - Wayne County RESA** | | 660,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **federal registered trademark "Zangle", goodwill, estimated** | | 20,000,000.00 |
| | | **registered Internet domain names**<br>**a.Zangle.com**<br>**b.Zangle.net**<br>**c.Zangle.org**<br>**d.Cinnov.com**<br>**d.Cinnov.net**<br>**d.Cinnov.org** | | 250,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **license to registered copyrights in the "Zangle" product suite, (estimated by both replacement cost and cost basis)**<br>**a.TX 4-976-798**<br>**b.TX 1-607-014**<br>**c.TXu 259-186**<br>**d.TXu 259-246**<br>**e.TXu 259-702**<br>**f.TXu 259-391**<br>**g.TXu 259-434**<br>**h.TXu 259-435**<br>**i.TXu 259-436**<br>**j.TXu 259-704**<br>**k.TXu 259-703**<br>**l.TXu 259-701**<br>**m.TXu 317-215**<br>**n.TXu 325-267**<br>**o.TX 5-079-285**<br>**p.TX 5-154-852**<br>**q.TX 5-152-355**<br>**r.TXu 551-607**<br>**s.TX 5-036-813** | | 21,000,000.00 |
| | | **license to unregistered copyrights in the "Zangle" product suite "Bug and Enhancement Database", consisting of reports by various users of the Zangle suite of products regarding unexpected, undesirable, and/or missing behaviors of the Zangle suite of products that they desire to change or add** | | 500,000.00 |
| | | **license to unregistered copyrights in the "Zangle" product suite "User Training Documentation" explaining the deployment and operation of various functions of the Zangle suite of products** | | 1,600,000.00 |
| | | **license to unregistered copyrights in the "Zangle" product suite "Bid Documentation" consisting of detailed drawings and written descriptions similar to Programmer Documentation, limited in scope to use cases and requirements, but intended to be understood by business analysts at school districts who have prepared Requests for Quote, Requests for Proposal or other procurement descriptions** | | 1,450,000.00 |
| | | **license to unregistered copyrights in the "Zangle" product suite** | | 900,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Zangle Inc
_____
                Debtor(s)                                                              Case No. _____
                                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | "Programmer Documentation" consisting of drawings and written descriptions of: use cases, requirements, software architecture, software component descriptions, high level design descriptions, low level design descriptions, build instructions, packaging instructions, distribution instructions, installer guidelines, history of source code, source code repositories and instructions for media preparation. | | |
| | | license to unregistered copyrights in the "Zangle" product suite "Data Dictionaries" consisting of drawings and written descriptions of thousands of discrete data elements which are components of the Zangle suite of products. | | 800,000.00 |
| | | license to unregistered copyrights in the "Zangle" product suite "ETL Documentation" intended to aid and instruct a human computer programmer performing the conversion of data from a legacy system into the Zangle suite of products. | | 500,000.00 |
| | | license to unregistered copyrights in the "Zangle" product suite "Binary Files", derived from Source Code by means of a compiler, linker, database engine, interpreter; or other form of translator which instruct a computer to provide the various features and functions to human end-users of the Zangle suite of products through the presentation and interaction with the various Computer Screens, Computer Reports, and Computer Forms. | | 100,000.00 |
| | | license to unregistered copyrights in the "Zangle" product suite "Computer Forms" whose layout and design elements display various data in a format intended for hardcopy distribution and use by students and their parents or legal guardians. | | 1,200,000.00 |
| | | license to unregistered copyrights in the "Zangle" product suite "Computer Reports" whose layout and design elements display various data, typically in a tabular form, for use and distribution to Employees and agencies with oversight functions | | 1,500,000.00 |
| | | license to unregistered copyrights in the "Zangle" product suite "Computer Screens" whose layout and design elements direct and enhance the experience of various human users interacting with the functions of the Zangle suite of products. | | 2,300,000.00 |
| | | license to unregistered copyrights in the "Zangle" product suite "Source Code", comprised of computer readable files which serve as instructions for computational logic or which describe data to be operated on by the computational logic. | | 6,000,000.00 |
| | | license to unregistered servicemarks a.TeacherConnect b.ParentConnect c.StudentConnect | | 1,800,000.00 |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Zangle Inc**
_____
Debtor(s)                                                        Case No. _____
                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL    **113,653,635.00**

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Zangle Inc** _____    Case No. _____
                    Debtor(s)                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above )* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**E. Lynn Schoenmann, Trustee BK 04-32400**<br>**Attn: Thomas F. Koegel Esq.**<br>**275 Battery St.  23rd Fl.**<br>**San Francisco, CA  94111** | X | | Settlement - lien on software copyrights | X | X | X | 1,700,000.00 | |
| | | | VALUE $ 31,100,000.00 | | | | | |
| ACCOUNT NO.<br><br>**Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436** | X | | Asset Acquisition - base payment | | | | 2,200,000.00 | |
| | | | VALUE $ 113,653,635.00 | | | | | |
| ACCOUNT NO.<br><br>**Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436** | X | | Asset Acquisition - estimated payments | X | X | | 1,500,000.00 | |
| | | | VALUE $ 113,653,635.00 | | | | | |
| ACCOUNT NO.<br><br>**Vermont Equity Partners LLC**<br>**Attn: Jeffrey B. Neustadt, Esq, Agent fo**<br>**2740 Van Ness Ave, STE 300**<br>**San Francisco, CA  94109** | | | License Fees, Startup Costs, payoff to other lien holder | | | | 1,060,000.00 | |
| | | | VALUE $ 113,226,805.00 | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)  $ 6,460,000.00  $

Total (Use only on last page)  $ 6,460,000.00  $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Zangle Inc**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Zangle Inc** _____    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

   State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Aequitas Solutions Inc.** <br>**James V. Reiss, Agent for Service of Pro** <br>**10535 Foothill Blvd, STE 410** <br>**Rancho Cucamonga, CA  91730** | | | **Disputed License Rights - Zangle** | X | X | X | <br><br><br>0.00 |
| ACCOUNT NO. <br><br>**Aequitas, LLC** <br>**Bill Naughtin, Agent for Service of Proc** <br>**1424 Augusta Drive** <br>**Upland, CA  91786** | | | **Disputed License Rights - Zangle** | X | X | X | <br><br><br>0.00 |
| ACCOUNT NO. <br><br>**Alain J Baluyut** <br>**3 Los Coyotes** <br>**Pomona, CA  91766** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | <br><br><br>0.00 |
| ACCOUNT NO. <br><br>**Anaheim Union School District** <br>**Attn: Legal Department** <br>**501 North Crescent Way** <br>**Anaheim, CA  92803** | | | **Claims and Causes of Action arising from licensing of Zangle Software** | X | X | X | <br><br><br>0.00 |

____**18**____ continuation sheets attached

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc** _____    Case No. _____
          Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anchorage School District**<br>**Attn: Legal Department**<br>**5530 Northern Lights Blvd**<br>**Anchorage, AK  99504** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Anita L Gates**<br>**352 E Midway Ct**<br>**Upland, CA  91784** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Anne Hamilton**<br>**1424 Augusta Drive**<br>**Upland, CA  91786** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Ascendant Services**<br>**Attn: Legal Department**<br>**6637 Esplanade Playa**<br>**Del Rey, CA  90293** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Austin M Groszewski**<br>**1788 W Arrow Rte #211**<br>**Upland, CA  91786** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Bassett Unified School District**<br>**Attn: Legal Department**<br>**904 North Willow Avenue**<br>**La Puente, CA  91746** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Bellingham Public Schools**<br>**Attn: Legal Department**<br>**1306 Dupont Street**<br>**Bellingham, WA  98225-3198** | | | **Claims and Causes of Action arising from licensing of Zangle Software** | X | X | X | **0.00** |

Sheet no. ____**1**____ of ____**18**____ continuation sheets attached to                                              Subtotal<br>Schedule of Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)   $

                                                        Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Zangle Inc_____                                    Case No. _____
            Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Billings Public Schools**<br>**Attn: Legal Department**<br>**415 North 30th Street**<br>**Billings, MO  59101** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**Brian C Smith**<br>**1008 N Turner Ave #264**<br>**Ontario, CA  91764** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**C Innovation, Inc.**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**Cajon Valley Union School District**<br>**Attn: Legal Department**<br>**P.O. Box 1007**<br>**El Cajon, CA  92022** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**Calhoun Intermediate School District**<br>**Attn: Legal Department**<br>**17111 G Drive North**<br>**Marshall, MI  49068** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**Carmen T Birrell**<br>**8107 E Carnation Way**<br>**Anaheim Hills, CA  92808** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>**Carol Martin**<br>**16800 Buternut Circle**<br>**Fountain Valley, CA  92708** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |

Sheet no. ____**2** of ____**18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**
_____
Debtor(s)

Case No. _____
(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chad E Hughes<br>9861 Dragon Circle<br>Huntington Beach, CA  92646** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Chad Henderson<br>1440 S State College Blvd, STE 3N<br>Anaheim, CA  92806** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Charles Lee<br>4 Hidalgo Lane<br>Rancho Santa Margarita, CA  92688** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Charlton Innovations, Inc.<br>Attn: Shelly Shafron, Agent for Service<br>16255 Ventura Blvd, STE 1240<br>Ventura, CA  91436** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Christopher M Walker<br>6598 Montecarlo Pl.<br>Rancho Cucamonga, CA  91701** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Clara E Camacho<br>6619 Capitol Place<br>Rancho Cucamonga, CA  91701** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Claremont Unified School District<br>Attn: Legal Department<br>2080 N. Mountaine Avenue<br>Claremont, CA  91711-2697** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |

Sheet no. **3** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Zangle Inc_____                              Case No. _____
                     Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Clark W Thompson**<br>**1384 W. Foothill Blvd Apt. 21**<br>**Upland, CA  91786** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Clovis Unified School District**<br>**Attn: Legal Department**<br>**1450 Herndon Avenue**<br>**Clovis, CA  93611** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Colorado Springs School District #11**<br>**Attn: Legal Department**<br>**1115 North El Paso Blvd**<br>**Colorado Springs, CO  80903** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Colton Joint Unified School District**<br>**Attn: Legal Department**<br>**1212 Valencia Drive**<br>**Colton, CA  92324** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Contra Costa County-Brentwood USD**<br>**Attn: Legal Department**<br>**255 Guthrie Lane**<br>**Brentwood, CA  94519** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Corona-Norco Unified School District**<br>**Attn: Legal Department**<br>**2820 Clark Avenue**<br>**Norco, CA  92860** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Crane Country Day School**<br>**Attn: Legal Department**<br>**1795 San Leandro Lane**<br>**Santa Barbara, CA  93108** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |

Sheet no. ____**4**____ of ____**18**____ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page) $

                                                                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**                                                                    Case No. _____
                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Davis Joint Unified School District**<br>**Attn: Legal Department**<br>**526 B Street**<br>**Davis, CA  95616-3811** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Deborah S Adolphs**<br>**17 Sarazen Ln**<br>**Coto de Caza, CA  92679** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Demetrius P Olsen**<br>**118 1/2 Amethyst Street**<br>**Balboa Island, CA  92662** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Downey Unified School District**<br>**Attn: Legal Department**<br>**11627 Brookshire Avenue**<br>**Downey, CA  90241** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Edgar F Garrobo**<br>**6403 Layton St**<br>**Alta Loma, CA  91701** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Edward Lopez**<br>**338 S. Grape Street**<br>**San Bernadino, CA  92410** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Edwin R Waite**<br>**20111 Athenon Ave**<br>**Perris, CA  92570** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |

Sheet no. ___**5**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc** _____        Case No. _____
        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Enter Net Development Corp<br>Attn: Shelly Shafron, Agent for Service<br>16255 Ventura Blvd, STE 1240<br>Ventura, CA 91436** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Eric Metson<br>11748 Pickford Road<br>San Diego, CA 92131** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Erickson Aguinaldo<br>26035 Moulton Parkway # 128<br>Laguna Hills, CA 92653** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Fontana Unified School District<br>Attn: Legal Department<br>9680 Citrus Avenue<br>Fontana, CA 92335** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Fort Bend Independent School District<br>Attn: Legal Department<br>555 Julie Rivers Drive<br>Sugar Land, TX 77478** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Future Now Enterprises, LLC<br>ATTN: Carson Mail Depot<br>1805 N Carson Street<br>Carson City, NV 89701** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Gary P. Loyd<br>12914 Percheron Lane<br>Herndon, VA 20171** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |

Sheet no. ____**6**__ of __**18**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Zangle Inc                                                                    Case No. _____
_____
            Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Glendale Unified Schools**<br>**Attn: Legal Department**<br>**223 North Jackson Street**<br>**Glendale, CA 91206-4334** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Green Bay Area Public Schools**<br>**Attn: Legal Department**<br>**200 South Broadway**<br>**Green Bay, WI 54303** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Gregory Sorkin**<br>**31 Bowie Place**<br>**Irvine, CA 92602** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Gwen A Powell**<br>**4907 Towers Street**<br>**Torrance, CA 90503** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Hanford Elementary School District**<br>**Attn: Legal Department**<br>**P.O. Box 1067**<br>**Hanford, CA 93232** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Hayward Unified School District**<br>**Attn: Legal Department**<br>**24411 Amador Street**<br>**Hayward, CA 94544** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Huntington Beach Union HSD**<br>**Attn: Legal Department**<br>**5832 Bolsa Avenue**<br>**Huntington Beach, CA 92649-1115** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |

Sheet no. ____**7**____ of ____**18**____ continuation sheets attached to                                            Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page) $ _____

                                                                                                            Total
                                                        (Use only on last page of the completed Schedule F. Report also on
                                                        the Summary of Schedules, and if applicable, on the Statistical
                                                        Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**
_____
Debtor(s)                                          Case No. _____
                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Intelligroup**<br>**Attn: Legal Department**<br>**5 Independance Way Ste. 220**<br>**Princeton, NJ  08540** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Jacob Navas**<br>**7098 Beryl Ct**<br>**Alta Loma, CA  91701** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**James K Martin**<br>**1098 Viewpoint Street**<br>**Upland, CA  91784** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**James Ruvalcaba**<br>**2762 E. Standish Ave**<br>**Anaheim, CA  92806** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Jeff W Coray**<br>**11100 4th Street Apt. F303**<br>**Rancho Cucamonga, CA  91730** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Jesse Evans**<br>**10876 Ivy Hill Dr #3**<br>**San Diego, CA  92131** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**John W. Uhler**<br>**1121 East Sanders Rd.**<br>**Sandy, UT  84094** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |

Sheet no. ____**8**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Zangle Inc_____     Case No. _____
                    Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joyce L Greenway<br>8134 E Carnation Way<br>Anaheim, CA 92808 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Katy Independent School District<br>Attn: Legal Department<br>6301 South Stadium Way<br>Katy, TX 77494 | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Kenosha Unified School District 1<br>Attn: Legal Department<br>3600 52nd Street<br>Kenosha, WI 53144 | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Lana Dancy<br>3717 Sweetwater Drive<br>Rocklin, CA 95677 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Laura L Ciszek<br>1323 NancyCourt<br>Upland, CA 91786 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Lawrence M Cole<br>412 Fallingstar<br>Irvine, CA 92614 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Lewisville Independent School District<br>Attn: Legal Department<br>PO Box 217<br>Lewisville, TX 75067 | | | Disputed License Rights - Zangle | X | X | X | 0.00 |

Sheet no. ___9___ of ___18___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**
_____
Debtor(s)

Case No. _____
(If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lompoc Unified School District**<br>**Attn: Legal Department**<br>**P.O. Box 8000**<br>**Lompoc, CA 93438-8000** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Louis A Casselle**<br>**7573 Paramount Ct.**<br>**Rancho Cucamonga, CA 91730** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Loyola High School of Los Angeles**<br>**Attn: Legal Department**<br>**1901 Venice Blvd**<br>**Los Angeles, CA 90006-4496** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Maggie Groessl**<br>**1923 Yorba Dr.**<br>**Pomona, CA 91768** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Maggie Groessl**<br>**2343 6th Street**<br>**La Verne, CA 91750** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Manteca Unified School District**<br>**Attn: Legal Department**<br>**P.O. Box 32**<br>**Manteca, CA 95336** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Marge B Romasanta**<br>**12698 Amberhill Ave**<br>**Corona, CA 92880** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |

Sheet no. __10__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**_____    Case No. _____
                        Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mary D Langley<br>830 17th Street Unit #2<br>Santa Monica, CA  90403** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Mary G Thompson<br>7451 Indigo Lane<br>Fontana, CA  92336** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Matt S Keillor<br>11906 Paseo Lucido # 156<br>San Diego, CA  92128** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Megan E Anderson<br>96 Abrigo<br>Rancho Santa Margarita, CA  92688** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Michael A O'Boyle<br>164 Shenandoah Road<br>Buffalo, NY  14220** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Michael J Ramirez<br>9942 Guinida Lane<br>Anaheim, CA  92804** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Michelle Selby<br>515 Sang Saloon Road<br>Cedar Park, TX  78613** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |

Sheet no. _____**11**___ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc** _____     Case No. _____
             Debtor(s)                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Missoula County Public Schools**<br>**Attn: Legal Department**<br>**915 South Avenue West**<br>**Missoula, MT  59801** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Mountain View School District**<br>**Attn: Legal Department**<br>**2585 S Archibald**<br>**Ontario, CA  91761** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Mukilteo School District #6**<br>**Attn: Legal Department**<br>**9401 Sharon Drive**<br>**Everett, WA  98204** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**New Haven Unified School District**<br>**Attn: Legal Department**<br>**34200 Alvarado Niles Road**<br>**Union City, CA  94587** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Oakland RESA**<br>**Attn: Legal Department**<br>**2111 Pontiac Lake Road**<br>**Waterford, MI  48328-2376** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Ontario-Montclair School District**<br>**Attn: Legal Department**<br>**950 West D Street**<br>**Ontario, CA  91762** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Palm Springs Unified School District**<br>**Attn: Legal Department**<br>**1000 Tahquitz Canyon Bldg A**<br>**Palm Springs, CA  92262** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |

Sheet no. _____**12**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc** _____    Case No. _____
_____Debtor(s)_____    _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paul A Heath**<br>**215 E Whitcomb Ave**<br>**Glendora, CA  91741** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Paul B Stout**<br>**P.O. Box 520952**<br>**Big Lake, AK  99652** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Pleasanton Unified School District**<br>**Attn: Legal Department**<br>**4750 First Street**<br>**Pleasanton, CA  94566** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Pomona Unified School District**<br>**Attn: Legal Department**<br>**800 S Garey Avenue**<br>**Pomona, CA  91766** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Priscilla F. Schroeder**<br>**104 Stonington Way**<br>**Folsom, CA  95630** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Prism Prime, LLC**<br>**ATTN: Carson Mail Depot**<br>**1805 N Carson Street**<br>**Carson City, NV  89701** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Randy R. Robertson**<br>**9388 Highland Avenue**<br>**Alta Loma, CA  91701** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |

Sheet no. ___**13**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rhonda Rutter<br>P.O. Box 374<br>Claremont, CA  91711** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Richard R Ojeda<br>2201 Bailey Ave<br>San Diego, CA  92105** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Riverside County Office of Education<br>Attn: Legal Department<br>3939 Thirteenth Street<br>Riverside, CA  92502-0868** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Roseville City School District<br>Attn: Legal Department<br>1050 Main Street<br>Roseville, CA  95678** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Sacramento City Unified School District<br>Attn: Legal Department<br>P.O. Box 246870<br>Sacramento, CA  95824-6870** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**San Diego Unified School District<br>Attn: Legal Department<br>4100 Normal Street<br>San Diego, CA  92103** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**San Juan Unified School District<br>Attn: Legal Department<br>3738 Walnut Avenue<br>Carmichael, CA  95608** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |

Sheet no. ___**14**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Zangle Inc__                                            Case No. _____

<div align="center">Debtor(s)                                             (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sandra L Kratz<br>25014 Mills Pass Ct<br>Katy, TX  77494 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Scott Yarborough<br>1991 Rheinland Ct.<br>Simi Valley, CA  93065 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Sharyle L Sponsler<br>31228 West Nine Drive<br>Laguna Niguel, CA  92677 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Sheila M Teuber<br>1123 Morningside Drive<br>Claremont, CA  91711 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Sheila Whalen<br>26316 Spring Creek Circle<br>Lake Forest, CA  92630 | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Simi Valley Unified School District<br>Attn: Legal Department<br>875 E. Cochran St.<br>Simi Valley, CA  93065 | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Solomon Enterprises, Inc.<br>ATTN: Carson Mail Depot<br>1805 N Carson Street<br>Carson City, NV  89701 | | | Disputed License Rights - Zangle | X | X | X | 0.00 |

Sheet no. __15__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc**
_____                                   Case No. _____
        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Spring Intermediate School Distrct**<br>**Attn: Legal Department**<br>**16717 Ella Blvd**<br>**Houston, TX  77090** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**St. Clair Intermediate School District**<br>**Attn: Legal Department**<br>**P.O. Box 1500**<br>**Marysville, MI  48040-1500** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Stephanie K Stout**<br>**PO Box 520952**<br>**Big Lake, AK  99652** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Stockton Unified School District**<br>**Attn: Legal Department**<br>**701 N Madison**<br>**Stockton, CA  95202** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**TeleParent Educational Systems**<br>**Attn: Legal Department**<br>**219 N. Harbor Blvd, Suite A**<br>**Fullerton, CA  92832** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Terri A Walz**<br>**14847 Manilla Drive**<br>**Draper, UT  84020** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>**Torrance Unified School District**<br>**Attn: Legal Department**<br>**2335 Plaza Del Amo**<br>**Torrance, CA  90501** | | | **Disputed License Rights - Zangle** | X | X | X | 0.00 |

Sheet no. ___**16**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Zangle Inc** _____    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tory S Joyce**<br>**3468 Whytecliff Way**<br>**Sun Prairie, WI  53590** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Ventura County Office of Education**<br>**Attn: Legal Department**<br>**5189 Verdugo Way**<br>**Camarillo, CA  93012** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Ventura Unified School District**<br>**Attn: Legal Department**<br>**255 West Stanley Avenue**<br>**Ventura, CA  93001** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Waukesha School District**<br>**Attn: Legal Department**<br>**222 Maple Avenue**<br>**Waukesha, WI  53186** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Wayne County RESA**<br>**Attn: Legal Department**<br>**33500 Van Born Road**<br>**Wayne, MI  48184** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**Whittier Union High School District**<br>**Attn: Legal Department**<br>**9401 S Painter Avenue**<br>**Whittier, CA  90605** | | | Disputed License Rights - Zangle | X | X | X | 0.00 |
| ACCOUNT NO.<br>**William J Hopkins**<br>**731 Spruce Street**<br>**Riverside, CA  92507** | | | Claims arising in any manner in relation to Zangle Software | X | X | X | 0.00 |

Sheet no. ___**17**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Zangle Inc_____                                    Case No. _____
                    Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**William W. Naughtin**<br>**1424 Augusta Drive**<br>**Upland, CA  91786** | | | **Claims arising in any manner in relation to Zangle Software** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Z3 Development**<br>**Attn: Chad Henderson**<br>**1440 S State College Blvd, STE 3N**<br>**Anaheim, CA  92806** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO.<br>**Zangle3 LLC**<br>**ATTN: Carson Mail Depot**<br>**1805 N Carson Street**<br>**Carson City, NV  89701** | | | **Disputed License Rights - Zangle** | X | X | X | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**18**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal       | $
(Total of this page)

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE __Zangle Inc__                                                        Case No. _____
                    Debtor(s)                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436**<br><br>**Vermont Equity Partners LLC**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | **Asset Acquisition - base payment** |
| **Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436**<br><br>**Vermont Equity Partners LLC**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | **Asset Acquisition - estimated payments** |
| **Anchorage School District**<br>**Attn: Legal Department**<br>**5530 Northern Lights Blvd**<br>**Anchorage, AK  99504** | **Disputed License Rights - Zangle** |
| **Bassett Unified School District**<br>**Attn: Legal Department**<br>**904 North Willow Avenue**<br>**La Puente, CA  91746** | **Disputed License Rights - Zangle** |
| **Billings Public Schools**<br>**Attn: Legal Department**<br>**415 North 30th Street**<br>**Billings, MO  59101** | **Disputed License Rights - Zangle** |
| **Contra Costa County-Brentwood USD**<br>**Attn: Legal Department**<br>**255 Guthrie Lane**<br>**Brentwood, CA  94519** | **Disputed License Rights - Zangle** |
| **Cajon Valley Union School District**<br>**Attn: Legal Department**<br>**P.O. Box 1007**<br>**El Cajon, CA  92022** | **Disputed License Rights - Zangle** |
| **Calhoun Intermediate School District**<br>**Attn: Legal Department**<br>**17111 G Drive North**<br>**Marshall, MI  49068** | **Disputed License Rights - Zangle** |
| **Claremont Unified School District**<br>**Attn: Legal Department**<br>**2080 N. Mountaine Avenue**<br>**Claremont, CA  91711-2697** | **Disputed License Rights - Zangle** |
| **Clovis Unified School District**<br>**Attn: Legal Department**<br>**1450 Herndon Avenue**<br>**Clovis, CA  93611** | **Disputed License Rights - Zangle** |
| **Colorado Springs School District #11**<br>**Attn: Legal Department** | **Disputed License Rights - Zangle** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) Cont.

IN RE Zangle Inc                                                                  Case No. _____
           Debtor(s)                                                                  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1115 North El Paso Blvd<br>Colorado Springs, CO  80903 | |
| Colton Joint Unified School District<br>Attn: Legal Department<br>1212 Valencia Drive<br>Colton, CA  92324 | Disputed License Rights - Zangle |
| Corona-Norco Unified School District<br>Attn: Legal Department<br>2820 Clark Avenue<br>Norco, CA  92860 | Disputed License Rights - Zangle |
| Crane Country Day School<br>Attn: Legal Department<br>1795 San Leandro Lane<br>Santa Barbara, CA  93108 | Disputed License Rights - Zangle |
| Davis Joint Unified School District<br>Attn: Legal Department<br>526 B Street<br>Davis, CA  95616-3811 | Disputed License Rights - Zangle |
| Downey Unified School District<br>Attn: Legal Department<br>11627 Brookshire Avenue<br>Downey, CA  90241 | Disputed License Rights - Zangle |
| Fort Bend Independent School District<br>Attn: Legal Department<br>555 Julie Rivers Drive<br>Sugar Land, TX  77478 | Disputed License Rights - Zangle |
| Fontana Unified School District<br>Attn: Legal Department<br>9680 Citrus Avenue<br>Fontana, CA  92335 | Disputed License Rights - Zangle |
| Glendale Unified Schools<br>Attn: Legal Department<br>223 North Jackson Street<br>Glendale, CA  91206-4334 | Disputed License Rights - Zangle |
| Green Bay Area Public Schools<br>Attn: Legal Department<br>200 South Broadway<br>Green Bay, WI  54303 | Disputed License Rights - Zangle |
| Hanford Elementary School District<br>Attn: Legal Department<br>P.O. Box 1067<br>Hanford, CA  93232 | Disputed License Rights - Zangle |
| Hayward Unified School District<br>Attn: Legal Department<br>24411 Amador Street<br>Hayward, CA  94544 | Disputed License Rights - Zangle |
| Intelligroup<br>Attn: Legal Department<br>5 Independance Way Ste. 220<br>Princeton, NJ  08540 | Disputed License Rights - Zangle |
| Katy Independent School District<br>Attn: Legal Department<br>6301 South Stadium Way<br>Katy, TX  77494 | Disputed License Rights - Zangle |

B6G (Official Form 6G) (12/07) - Cont.

IN RE __Zangle Inc__                                                        Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Kenosha Unified School District 1<br>Attn: Legal Department<br>3600 52nd Street<br>Kenosha, WI  53144 | Disputed License Rights - Zangle |
| Lewisville Independent School District<br>Attn: Legal Department<br>PO Box 217<br>Lewisville, TX  75067 | Disputed License Rights - Zangle |
| Lompoc Unified School District<br>Attn: Legal Department<br>P.O. Box 8000<br>Lompoc, CA  93438-8000 | Disputed License Rights - Zangle |
| Loyola High School of Los Angeles<br>Attn: Legal Department<br>1901 Venice Blvd<br>Los Angeles, CA  90006-4496 | Disputed License Rights - Zangle |
| Manteca Unified School District<br>Attn: Legal Department<br>P.O. Box 32<br>Manteca, CA  95336 | Disputed License Rights - Zangle |
| Missoula County Public Schools<br>Attn: Legal Department<br>915 South Avenue West<br>Missoula, MT  59801 | Disputed License Rights - Zangle |
| Mountain View School District<br>Attn: Legal Department<br>2585 S Archibald<br>Ontario, CA  91761 | Disputed License Rights - Zangle |
| Mukilteo School District #6<br>Attn: Legal Department<br>9401 Sharon Drive<br>Everett, WA  98204 | Disputed License Rights - Zangle |
| New Haven Unified School District<br>Attn: Legal Department<br>34200 Alvarado Niles Road<br>Union City, CA  94587 | Disputed License Rights - Zangle |
| Oakland RESA<br>Attn: Legal Department<br>2111 Pontiac Lake Road<br>Waterford, MI  48328-2376 | Disputed License Rights - Zangle |
| Ontario-Montclair School District<br>Attn: Legal Department<br>950 West D Street<br>Ontario, CA  91762 | Disputed License Rights - Zangle |
| Palm Springs Unified School District<br>Attn: Legal Department<br>1000 Tahquitz Canyon Bldg A<br>Palm Springs, CA  92262 | Disputed License Rights - Zangle |
| Pleasanton Unified School District<br>Attn: Legal Department<br>4750 First Street<br>Pleasanton, CA  94566 | Disputed License Rights - Zangle |
| Pomona Unified School District<br>Attn: Legal Department<br>800 S Garey Avenue | Disputed License Rights - Zangle |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Zangle Inc**                                                                 Case No. _____
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pomona, CA  91766 | |
| **Riverside County Office of Education**<br>**Attn: Legal Department**<br>**3939 Thirteenth Street**<br>**Riverside, CA  92502-0868** | **Disputed License Rights - Zangle** |
| **Roseville City School District**<br>**Attn: Legal Department**<br>**1050 Main Street**<br>**Roseville, CA  95678** | **Disputed License Rights - Zangle** |
| **Sacramento City Unified School District**<br>**Attn: Legal Department**<br>**P.O. Box 246870**<br>**Sacramento, CA  95824-6870** | **Disputed License Rights - Zangle** |
| **San Diego Unified School District**<br>**Attn: Legal Department**<br>**4100 Normal Street**<br>**San Diego, CA  92103** | **Disputed License Rights - Zangle** |
| **San Juan Unified School District**<br>**Attn: Legal Department**<br>**3738 Walnut Avenue**<br>**Carmichael, CA  95608** | **Disputed License Rights - Zangle** |
| **Spring Intermediate School Distrct**<br>**Attn: Legal Department**<br>**16717 Ella Blvd**<br>**Houston, TX  77090** | **Disputed License Rights - Zangle** |
| **St. Clair Intermediate School District**<br>**Attn: Legal Department**<br>**P.O. Box 1500**<br>**Marysville, MI  48040-1500** | **Disputed License Rights - Zangle** |
| **Stockton Unified School District**<br>**Attn: Legal Department**<br>**701 N Madison**<br>**Stockton, CA  95202** | **Disputed License Rights - Zangle** |
| **Torrance Unified School District**<br>**Attn: Legal Department**<br>**2335 Plaza Del Amo**<br>**Torrance, CA  90501** | **Disputed License Rights - Zangle** |
| **Ventura County Office of Education**<br>**Attn: Legal Department**<br>**5189 Verdugo Way**<br>**Camarillo, CA  93012** | **Disputed License Rights - Zangle** |
| **Ventura Unified School District**<br>**Attn: Legal Department**<br>**255 West Stanley Avenue**<br>**Ventura, CA  93001** | **Disputed License Rights - Zangle** |
| **Waukesha School District**<br>**Attn: Legal Department**<br>**222 Maple Avenue**<br>**Waukesha, WI  53186** | **Disputed License Rights - Zangle** |
| **Wayne County RESA**<br>**Attn: Legal Department**<br>**33500 Van Born Road**<br>**Wayne, MI  48184** | **Disputed License Rights - Zangle** |
| **Whittier Union High School District** | **Disputed License Rights - Zangle** |

B6G (Official Form 6G) (12/07) – Cont.

**IN RE** Zangle Inc
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Attn: Legal Department<br>9401 S Painter Avenue<br>Whittier, CA  90605 | |
| Ascendant Services<br>Attn: Legal Department<br>6637 Esplanade Playa<br>Del Rey, CA  90293 | Disputed License Rights - Zangle |
| Huntington Beach Union HSD<br>Attn: Legal Department<br>5832 Bolsa Avenue<br>Huntington Beach, CA  92649-1115 | Disputed License Rights - Zangle |
| Simi Valley Unified School District<br>Attn: Legal Department<br>875 E. Cochran St.<br>Simi Valley, CA  93065 | Disputed License Rights - Zangle |
| TeleParent Educational Systems<br>Attn: Legal Department<br>219 N. Harbor Blvd, Suite A<br>Fullerton, CA  92832 | Disputed License Rights - Zangle |
| Aequitas, LLC<br>Bill Naughtin, Agent for Service of Proc<br>1424 Augusta Drive<br>Upland, CA  91786 | Disputed License Rights - Zangle |
| Aequitas Solutions Inc.<br>James V. Reiss, Agent for Service of Pro<br>10535 Foothill Blvd, STE 410<br>Rancho Cucamonga, CA  91730 | Disputed License Rights - Zangle |
| Solomon Enterprises, Inc.<br>ATTN: Carson Mail Depot<br>1805 N Carson Street<br>Carson City, NV  89701 | Disputed License Rights - Zangle |
| Enter Net Development Corp<br>Attn: Shelly Shafron, Agent for Service<br>16255 Ventura Blvd, STE 1240<br>Ventura, CA  91436 | Disputed License Rights - Zangle |
| C Innovation, Inc.<br>Attn: Shelly Shafron, Agent for Service<br>16255 Ventura Blvd, STE 1240<br>Ventura, CA  91436 | Disputed License Rights - Zangle |
| Charlton Innovations, Inc.<br>Attn: Shelly Shafron, Agent for Service<br>16255 Ventura Blvd, STE 1240<br>Ventura, CA  91436 | Disputed License Rights - Zangle |
| Future Now Enterprises, LLC<br>ATTN: Carson Mail Depot<br>1805 N Carson Street<br>Carson City, NV  89701 | Disputed License Rights - Zangle |
| Prism Prime, LLC<br>ATTN: Carson Mail Depot<br>1805 N Carson Street<br>Carson City, NV  89701 | Disputed License Rights - Zangle |
| Chad Henderson<br>1440 S State College Blvd, STE 3N<br>Anaheim, CA  92806 | Disputed License Rights - Zangle |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE __Zangle Inc__ _____    Case No. _____
                              Debtor(s)                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Z3 Development<br>Attn: Chad Henderson<br>1440 S State College Blvd, STE 3N<br>Anaheim, CA  92806 | Disputed License Rights - Zangle |
| Gary P. Loyd<br>12914 Percheron Lane<br>Herndon, VA  20171 | Disputed License Rights - Zangle |
| Zangle3 LLC<br>Attn: Carson Mail Depot<br>1805 N. Carson Street<br>Carson City, NV  89701 | Disputed License Rights - Zangle |
| Vermont Equity Partners LLC<br>Attn: Jeffrey B. Neustadt, Esq, Agent fo<br>2740 Van Ness Ave, STE 300<br>San Francisco, CA  94109 | License Fees, Startup Costs |
| GPSXPERTS LLC<br>305 Vineyard Town Center #193<br>Morgan Hill, CA  95037 | services agreement - ongoing |
| Results ByIQ LLC<br>2740 Van Ness Ave, STE 300<br>San Francisco, CA  94109 | services agreement - ongoing |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE __Zangle Inc__ _____    Case No. _____
                                          Debtor(s)                                                     (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436** | **E. Lynn Schoenmann, Trustee BK 04-32400**<br>**Attn: Thomas F. Koegel Esq.**<br>**275 Battery St.  23rd Fl.**<br>**San Francisco, CA  94111** |
| **Future Now Enterprises, LLC**<br>**ATTN: Carson Mail Depot**<br>**1805 N Carson Street**<br>**Carson City, NV  89701** | **E. Lynn Schoenmann, Trustee BK 04-32400**<br>**Attn: Thomas F. Koegel Esq.**<br>**275 Battery St.  23rd Fl.**<br>**San Francisco, CA  94111** |
| **Prism Prime, LLC**<br>**ATTN: Carson Mail Depot**<br>**1805 N Carson Street**<br>**Carson City, NV  89701** | **E. Lynn Schoenmann, Trustee BK 04-32400**<br>**Attn: Thomas F. Koegel Esq.**<br>**275 Battery St.  23rd Fl.**<br>**San Francisco, CA  94111** |
| **Vermont Equity Partners LLC**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | **Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436**<br><br>**Enter Net Development Corp**<br>**Attn: Shelly Shafron, Agent for Service**<br>**16255 Ventura Blvd, STE 1240**<br>**Ventura, CA  91436**<br><br>**E. Lynn Schoenmann, Trustee BK 04-32400**<br>**Attn: Thomas F. Koegel Esq.**<br>**275 Battery St.  23rd Fl.**<br>**San Francisco, CA  94111** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

| IN RE | Zangle Inc | | Case No. | |
|---|---|---|---|---|
| | Debtor(s) | | | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

<div align="right">Debtor</div>

Date: _____   Signature: _____

<div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman Of The Board** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Zangle Inc** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**36** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:   March 17, 2011 _____   Signature: */s/ Paul Charlton*

<div align="center">

**Paul Charlton**
</div>
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
</div>

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                      Case No. _____

Zangle Inc                                                             Chapter _____11_____
_____Debtor(s)_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐     including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   AMOUNT   SOURCE
   336,830.00  trade receivables (Accrual basis)

**accrual basis**

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑     **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑     debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only




**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **June Allen**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | **2/27/2011 - present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **June Allen**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | **2/27/2011 - present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**June Allen**
**2740 Van Ness Ave STE 300**
**San Francisco, CA  94109**

**Paul Charlton**
**2740 Van Ness Ave STE 300**
**San Francisco, CA  94109**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Vermont Equity Partners LLC**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA  94109** | |

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☐ None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

☐ None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Paul Charlton**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA 94109** | **Chairman of the Board** | **5% subject to voting and sales restrictions** |
| **John Weldon**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA 94109** | **President** | |
| **Vermont Equity Partners LLC**<br>**2740 Van Ness Ave STE 300**<br>**San Francisco, CA 94109** | **shareholder** | **83% common stock** |
| **Results ByIQ LLC**<br>**2740 Van Ness Ave, STE 300**<br>**San Francisco, CA 94109** | **shareholder** | **5% subject to voting and sales restrictions** |
| **GPSXPERTS LLC**<br>**305 Vineyard Town Center #193**<br>**Morgan Hill, CA 95037** | **shareholder** | **5% subject to voting and sales restrictions** |

**22. Former partners, officers, directors and shareholders**

☐ None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☐ None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

☐ None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

☐ None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

☐ None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **March 17, 2011**                    Signature: ***/s/ Paul Charlton***

                                        **Paul Charlton, Chairman Of The Board**
                                                                        Print Name and Title

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                            _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Central District of California

**IN RE:**                                                         Case No. _____

**Zangle Inc**_____   Chapter _____11_____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ___**550.00/hr**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was  ☐ Debtor  ☑ Other (specify)  **none**

3. The source of compensation to be paid to me is  ☑ Debtor  ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2011**                    ***/s/ Jeffrey B. Neustadt, Esq.***
_____        _____
            Date                   **Jeffrey B. Neustadt, Esq. 57889**

                                   **2740 Van Ness Ave, Suite 300**
                                   **San Francisco, CA**  94109

                                   **jbneustadtlaw@sbcglobal.net**

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                  Case No. _____

Zangle Inc _____    Chapter ___11___
                           Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___17___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: **March 17, 2011**_____    Signature: ***/s/ Paul Charlton***_____
                                                            **Paul Charlton, Chairman Of The Board**                    Debtor


Date: _____    Signature: _____
                                                                                                            Joint Debtor, if any


Date: **March 17, 2011**_____    Signature: ***/s/ Jeffrey B. Neustadt, Esq.***_____
                                                            **Jeffrey B. Neustadt, Esq. 57889**            Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aequitas Solutions Inc
James V Reiss Agent for Service o
10535 Foothill Blvd STE 410
Rancho Cucamonga, CA  91730


Aequitas LLC
Bill Naughtin Agent for Service of
1424 Augusta Drive
Upland, CA  91786


Alain J Baluyut
3 Los Coyotes
Pomona, CA  91766


Anaheim Union School District
Attn: Legal Department
501 North Crescent Way
Anaheim, CA  92803


Anchorage School District
Attn: Legal Department
5530 Northern Lights Blvd
Anchorage, AK  99504


Anita L Gates
352 E Midway Ct
Upland, CA  91784


Anne Hamilton
1424 Augusta Drive
Upland, CA  91786


Ascendant Services
Attn: Legal Department
6637 Esplanade Playa
Del Rey, CA  90293

Austin M Groszewski
1788 W Arrow Rte #211
Upland, CA  91786


Bassett Unified School District
Attn: Legal Department
904 North Willow Avenue
La Puente, CA  91746


Bellingham Public Schools
Attn: Legal Department
1306 Dupont Street
Bellingham, WA  98225-3198


Billings Public Schools
Attn: Legal Department
415 North 30th Street
Billings, MO  59101


Brian C Smith
1008 N Turner Ave #264
Ontario, CA  91764


C Innovation Inc
Attn: Shelly Shafron Agent for Ser
16255 Ventura Blvd STE 1240
Ventura, CA  91436


Cajon Valley Union School District
Attn: Legal Department
PO Box 1007
El Cajon, CA  92022


Calhoun Intermediate School Distric
Attn: Legal Department
17111 G Drive North
Marshall, MI  49068

Carmen T Birrell
8107 E Carnation Way
Anaheim Hills, CA  92808


Carol Martin
16800 Buternut Circle
Fountain Valley, CA  92708


Chad E Hughes
9861 Dragon Circle
Huntington Beach, CA  92646


Chad Henderson
1440 S State College Blvd STE 3N
Anaheim, CA  92806


Charles Lee
4 Hidalgo Lane
Rancho Santa Margarita, CA  92688


Charlton Innovations Inc
Attn: Shelly Shafron Agent for Ser
16255 Ventura Blvd STE 1240
Ventura, CA  91436


Christopher M Walker
6598 Montecarlo Pl
Rancho Cucamonga, CA  91701


Clara E Camacho
6619 Capitol Place
Rancho Cucamonga, CA  91701

Claremont Unified School District
Attn: Legal Department
2080 N Mountaine Avenue
Claremont, CA  91711-2697


Clark W Thompson
1384 W Foothill Blvd Apt 21
Upland, CA  91786


Clovis Unified School District
Attn: Legal Department
1450 Herndon Avenue
Clovis, CA  93611


Colorado Springs School District #1
Attn: Legal Department
1115 North El Paso Blvd
Colorado Springs, CO  80903


Colton Joint Unified School Distric
Attn: Legal Department
1212 Valencia Drive
Colton, CA  92324


Contra Costa County-Brentwood USD
Attn: Legal Department
255 Guthrie Lane
Brentwood, CA  94519


Corona-Norco Unified School Distric
Attn: Legal Department
2820 Clark Avenue
Norco, CA  92860

Crane Country Day School
Attn: Legal Department
1795 San Leandro Lane
Santa Barbara, CA  93108


Davis Joint Unified School District
Attn: Legal Department
526 B Street
Davis, CA  95616-3811


Deborah S Adolphs
17 Sarazen Ln
Coto de Caza, CA  92679


Demetrius P Olsen
118 1/2 Amethyst Street
Balboa Island, CA  92662


Downey Unified School District
Attn: Legal Department
11627 Brookshire Avenue
Downey, CA  90241


E Lynn Schoenmann Trustee BK 04-3
Attn: Thomas F Koegel Esq
275 Battery St  23rd Fl
San Francisco, CA  94111


Edgar F Garrobo
6403 Layton St
Alta Loma, CA  91701


Edward Lopez
338 S Grape Street
San Bernadino, CA  92410

Edwin R Waite
20111 Athenon Ave
Perris, CA  92570


Enter Net Development Corp
Attn: Shelly Shafron Agent for Ser
16255 Ventura Blvd STE 1240
Ventura, CA  91436


Eric Metson
11748 Pickford Road
San Diego, CA  92131


Erickson Aguinaldo
26035 Moulton Parkway # 128
Laguna Hills, CA  92653


Fontana Unified School District
Attn: Legal Department
9680 Citrus Avenue
Fontana, CA  92335


Fort Bend Independent School Distri
Attn: Legal Department
555 Julie Rivers Drive
Sugar Land, TX  77478


Future Now Enterprises LLC
ATTN: Carson Mail Depot
1805 N Carson Street
Carson City, NV  89701


Gary P Loyd
12914 Percheron Lane
Herndon, VA  20171

George Allen
47 Bayview Ave
Los Gatos, CA  95030


Glendale Unified Schools
Attn: Legal Department
223 North Jackson Street
Glendale, CA  91206-4334


GPSXPERTS LLC
305 Vineyard Town Center #193
Morgan Hill, CA  95037


Green Bay Area Public Schools
Attn: Legal Department
200 South Broadway
Green Bay, WI  54303


Gregory Sorkin
31 Bowie Place
Irvine, CA  92602


Gwen A Powell
4907 Towers Street
Torrance, CA  90503


Hanford Elementary School District
Attn: Legal Department
PO Box 1067
Hanford, CA  93232


Hayward Unified School District
Attn: Legal Department
24411 Amador Street
Hayward, CA  94544

```
Huntington Beach Union HSD
Attn: Legal Department
5832 Bolsa Avenue
Huntington Beach, CA  92649-1115


Intelligroup
Attn: Legal Department
5 Independance Way Ste 220
Princeton, NJ  08540


Jacob Navas
7098 Beryl Ct
Alta Loma, CA  91701


James K Martin
1098 Viewpoint Street
Upland, CA  91784


James Ruvalcaba
2762 E Standish Ave
Anaheim, CA  92806


Jeff W Coray
11100 4th Street Apt F303
Rancho Cucamonga, CA  91730


Jesse Evans
10876 Ivy Hill Dr #3
San Diego, CA  92131


John W Uhler
1121 East Sanders Rd
Sandy, UT  84094
```

Joyce L Greenway
8134 E Carnation Way
Anaheim, CA  92808


Katy Independent School District
Attn: Legal Department
6301 South Stadium Way
Katy, TX  77494


Kenosha Unified School District 1
Attn: Legal Department
3600 52nd Street
Kenosha, WI  53144


Lana Dancy
3717 Sweetwater Drive
Rocklin, CA  95677


Laura L Ciszek
1323 NancyCourt
Upland, CA  91786


Lawrence M Cole
412 Fallingstar
Irvine, CA  92614


Lewisville Independent School Distr
Attn: Legal Department
PO Box 217
Lewisville, TX  75067


Lompoc Unified School District
Attn: Legal Department
PO Box 8000
Lompoc, CA  93438-8000

Louis A Casselle
7573 Paramount Ct
Rancho Cucamonga, CA  91730


Loyola High School of Los Angeles
Attn: Legal Department
1901 Venice Blvd
Los Angeles, CA  90006-4496


Maggie Groessl
1923 Yorba Dr
Pomona, CA  91768


Maggie Groessl
2343 6th Street
La Verne, CA  91750


Manteca Unified School District
Attn: Legal Department
PO Box 32
Manteca, CA  95336


Marge B Romasanta
12698 Amberhill Ave
Corona, CA  92880


Mary D Langley
830 17th Street Unit #2
Santa Monica, CA  90403


Mary G Thompson
7451 Indigo Lane
Fontana, CA  92336

Matt S Keillor
11906 Paseo Lucido # 156
San Diego, CA   92128


Megan E Anderson
96 Abrigo
Rancho Santa Margarita, CA   92688


Michael A O'Boyle
164 Shenandoah Road
Buffalo, NY   14220


Michael J Ramirez
9942 Guinida Lane
Anaheim, CA   92804


Michelle Selby
515 Sang Saloon Road
Cedar Park, TX   78613


Missoula County Public Schools
Attn: Legal Department
915 South Avenue West
Missoula, MT   59801


Mountain View School District
Attn: Legal Department
2585 S Archibald
Ontario, CA   91761


Mukilteo School District #6
Attn: Legal Department
9401 Sharon Drive
Everett, WA   98204

New Haven Unified School District
Attn: Legal Department
34200 Alvarado Niles Road
Union City, CA  94587


Oakland RESA
Attn: Legal Department
2111 Pontiac Lake Road
Waterford, MI  48328-2376


Ontario-Montclair School District
Attn: Legal Department
950 West D Street
Ontario, CA  91762


Palm Springs Unified School Distric
Attn: Legal Department
1000 Tahquitz Canyon Bldg A
Palm Springs, CA  92262


Paul A Heath
215 E Whitcomb Ave
Glendora, CA  91741


Paul B Stout
PO Box 520952
Big Lake, AK  99652


Paul Charlton
PO Box 411143
San Francisco, CA  94141-1143


Pleasanton Unified School District
Attn: Legal Department
4750 First Street
Pleasanton, CA  94566

Pomona Unified School District
Attn: Legal Department
800 S Garey Avenue
Pomona, CA  91766


Priscilla F Schroeder
104 Stonington Way
Folsom, CA  95630


Prism Prime LLC
ATTN: Carson Mail Depot
1805 N Carson Street
Carson City, NV  89701


Randy R Robertson
9388 Highland Avenue
Alta Loma, CA  91701


Results ByIQ LLC
2740 Van Ness Ave STE 300
San Francisco, CA  94109


Rhonda Rutter
PO Box 374
Claremont, CA  91711


Richard R Ojeda
2201 Bailey Ave
San Diego, CA  92105


Riverside County Office of Educatio
Attn: Legal Department
3939 Thirteenth Street
Riverside, CA  92502-0868

Roseville City School District
Attn: Legal Department
1050 Main Street
Roseville, CA  95678


Sacramento City Unified School Dist
Attn: Legal Department
PO Box 246870
Sacramento, CA  95824-6870


San Diego Unified School District
Attn: Legal Department
4100 Normal Street
San Diego, CA  92103


San Juan Unified School District
Attn: Legal Department
3738 Walnut Avenue
Carmichael, CA  95608


Sandra L Kratz
25014 Mills Pass Ct
Katy, TX  77494


Scott Yarborough
1991 Rheinland Ct
Simi Valley, CA  93065


Sharyle L Sponsler
31228 West Nine Drive
Laguna Niguel, CA  92677


Sheila M Teuber
1123 Morningside Drive
Claremont, CA  91711

Sheila Whalen
26316 Spring Creek Circle
Lake Forest, CA  92630


Simi Valley Unified School District
Attn: Legal Department
875 E Cochran St
Simi Valley, CA  93065


Solomon Enterprises Inc
ATTN: Carson Mail Depot
1805 N Carson Street
Carson City, NV  89701


Spring Intermediate School Distrct
Attn: Legal Department
16717 Ella Blvd
Houston, TX  77090


St Clair Intermediate School Distr
Attn: Legal Department
PO Box 1500
Marysville, MI  48040-1500


Stephanie K Stout
PO Box 520952
Big Lake, AK  99652


Stockton Unified School District
Attn: Legal Department
701 N Madison
Stockton, CA  95202


TeleParent Educational Systems
Attn: Legal Department
219 N Harbor Blvd Suite A
Fullerton, CA  92832

Terri A Walz
14847 Manilla Drive
Draper, UT  84020


Torrance Unified School District
Attn: Legal Department
2335 Plaza Del Amo
Torrance, CA  90501


Tory S Joyce
3468 Whytecliff Way
Sun Prairie, WI  53590


Ventura County Office of Education
Attn: Legal Department
5189 Verdugo Way
Camarillo, CA  93012


Ventura Unified School District
Attn: Legal Department
255 West Stanley Avenue
Ventura, CA  93001


Vermont Equity Partners LLC
2740 Van Ness Ave STE 300
San Francisco, CA  94109


Vermont Equity Partners LLC
Attn: Jeffrey B Neustadt Esq Age
2740 Van Ness Ave STE 300
San Francisco, CA  94109


Waukesha School District
Attn: Legal Department
222 Maple Avenue
Waukesha, WI  53186

Wayne County RESA
Attn: Legal Department
33500 Van Born Road
Wayne, MI  48184


Whittier Union High School District
Attn: Legal Department
9401 S Painter Avenue
Whittier, CA  90605


William J Hopkins
731 Spruce Street
Riverside, CA  92507


William W Naughtin
1424 Augusta Drive
Upland, CA  91786


Z3 Development
Attn: Chad Henderson
1440 S State College Blvd STE 3N
Anaheim, CA  92806


Zangle3 LLC
Attn: Carson Mail Depot
1805 N Carson Street
Carson City, NV  89701


Zangle3 LLC
ATTN: Carson Mail Depot
1805 N Carson Street
Carson City, NV  89701