Jeffrey B. Neustadt (SBN 57889)
LAW OFFICES OF JEFFREY B. NEUSTADT
2740 Van Ness Ave, STE 300
San Francisco, CA, 94109
Telephone: (415) 434-4440
FAX: (415) 962-4221
email: jbneustadtlaw@sbcglobal.net

Attorney for Debtor and Debtor-in-Possession
ZANGLE INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ZANGLE INC<br><br>        Debtor. | Case No.:    11-21515-RN<br>(Chapter 11)<br><br>[No Hearing Required] |

### NOTICE OF AUTOMATIC STAY

PLEASE TAKE NOTICE that Zangle Inc filed for bankruptcy relief in the United States Bankruptcy Court, Central District of California, Los Angeles Division, under Chapter 11 of the Bankruptcy Code, Title 11 of the United States Code on March 17, 2011 pursuant to 11 U.S.C. § 301. The Bankruptcy Court Case No. is 11-21515.  A copy of the Voluntary Petition and schedules of property of the estate is attached hereto as Exhibit "A".  Pursuant to 11 U.S.C. § 362(a), the filing of the voluntary petition operates as an automatic stay, applicable to all entities, of:

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

2. the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

3. any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

4. any act to create, perfect, or enforce any lien against property of the estate;

5. any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

6. any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

7. the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

8. the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of a debtor that is a corporation for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

Dated: March 18, 2011

/s/ Jeffrey B. Neustadt, Esq.
Attorney for Debtor and
Debtor in Possession.
ZANGLE INC