Jeffrey B. Neustadt (SBN 57889)
LAW OFFICES OF JEFFREY B. NEUSTADT
2740 Van Ness Ave, STE 300
San Francisco, CA, 94109
Telephone: (415) 434-4440
FAX: (415) 962-4221
email: jbneustadtlaw@sbcglobal.net

Attorney for Debtor and Debtor-in-Possession
ZANGLE INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

ZANGLE INC

                Debtor.

Case No.:    11-21515-RN
(Chapter 11)

[No Hearing Required]

## CORPORATE OWNERSHIP STATEMENT

[RULES 1007(a)(1), 7007.1 and BLR 1007-4(a)]

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, and Bankruptcy Local Rule 1007-4(a) the undersigned corporation ZANGLE INC certifies that the following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests:

1. Vermont Equity Partners LLC, 2740 Van Ness Ave, STE 300, San Francisco, CA, 94109

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

Dated: March 18, 2011

/s/ Paul Charlton
As Chairman of the Board,
For Zangle, Inc.
Debtor

CORPORATE OWNERSHIP STATEMENT – Page 1