Jeffrey B. Neustadt (SBN 57889)
LAW OFFICES OF JEFFREY B. NEUSTADT
2740 Van Ness Ave, STE 300
San Francisco, CA, 94109
Telephone: (415) 434-4440
FAX: (415) 962-4221
email: jbneustadtlaw@sbcglobal.net

Attorney for Debtor and Debtor-in-Possession
ZANGLE INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ZANGLE INC<br><br>Debtor. | Case No.:    11-21515-RN<br>(Chapter 11)<br><br>[No Hearing Required] |

## CORPORATE RESOLUTION AUTHORIZING BANKRUPTCY

Attached is a true and accurate copy of the corporate resolution of Zangle Inc authorizing the filing of a bankruptcy petition under Title 11 of the United States Code.

Dated: March 18, 2011

/s/ Jeffrey B. Neustadt, Esq.
Attorney for Debtor and
Debtor in Possession.

CORPORATE RESOLUTION AUTHORIZING BANKRUPTCY – Page 1