Jeffrey B. Neustadt (SBN 57889)
LAW OFFICES OF JEFFREY B. NEUSTADT
2740 Van Ness Ave, STE 300
San Francisco, CA, 94109
Telephone: (415) 434-4440
FAX: (415) 962-4221
email: jbneustadtlaw@sbcglobal.net

Attorney for Debtor and Debtor-in-Possession
ZANGLE INC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

ZANGLE INC

                Debtor.

Case No.:    11-21515-RN
(Chapter 11)

**APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**

The application of ZANGLE INC, the debtor and debtor-in-possession, respectfully represents:

1. Applicant has filed a voluntary petition in this court. Applicant is a Delaware corporation in good standing with principal assets located in the jurisdiction of this Court.

2. Applicant hereby applies to this court for an order appointing John Weldon as the person responsible for the duties and obligations of the debtor-in-possession herein. John Weldon is the President and Chief Executive Officer of the company and as such has the authority under the Articles of incorporation and bylaws of the corporation to execute all pleadings and papers in connection with this bankruptcy case and to act as the responsible person in this Chapter 11 case. His business address is 23440 Civic Center Drive, Suite 205, Malibu, CA. His business telephone number is (800)-283-6429.

Dated: March 18, 2011

                                        /s/ Paul Charlton
                                        As Chairman of the Board,
                                        For Zangle, Inc.
                                        Debtor