United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 11-21515-RN
Zangle Inc                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: LynnlC              Page 1 of 4           Date Rcvd: Mar 22, 2011
                            Form ID: b9f              Total Noticed: 135

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2011.
```
db          +Zangle Inc,   23440 Civic Ctr Dr Ste 205,   Malibu, CA 90265-5937
aty         +Jeffrey B Neustadt,   Law Offices of Jeffrey B Neustadt,   2740 Van Ness Ave Ste 300,
              San Francisco, CA 94109-0217
smg        ++EMPLOYMENT DEVELOPMENT DEPARTMENT,    STATE OF CALIFORNIA,
              BENEFIT OVERPAYMENT COLLECTION SECTION,    MIC 91,   PO BOX 826218,   SACRAMENTO CA 94230-6218
             (address filed with court:   Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001)
smg         +L.A. County Tax Collector,   Bankruptcy Unit,   2615 S. Grand,   Los Angeles, CA 90007-2608
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
smg         +Securities & Exchange Commission,   5670 Wilshire Avenue., 11th Floor,
              Los Angeles, CA 90036-5627
28877619    +Aequitas Solutions Inc.,   James V. Reiss, Agent for Service o,   10535 Foothill Blvd, STE 410,
              Rancho Cucamonga, CA 91730-3829
28877620    +Aequitas, LLC,   Bill Naughtin, Agent for Service of,   1424 Augusta Drive,
              Upland, CA 91786-2445
28877621    +Alain J Baluyut,   3 Los Coyotes,   Pomona, CA 91766-4711
28877622    +Anaheim Union School District,   Attn: Legal Department,   501 North Crescent Way,
              Anaheim, CA 92801-5499
28877623    +Anchorage School District,   Attn: Legal Department,   5530 Northern Lights Blvd,
              Anchorage, AK 99504-3135
28877624    +Anita L Gates,   352 E Midway Ct,   Upland, CA 91784-2039
28877625    +Anne Hamilton,   1424 Augusta Drive,   Upland, CA 91786-2445
28877626    +Ascendant Services,   Attn: Legal Department,   6637 Esplanade Playa,   Del Rey, CA 90293-7523
28877628    +Bassett Unified School District,   Attn: Legal Department,   904 North Willow Avenue,
              La Puente, CA 91746-1696
28877629     Bellingham Public Schools,   Attn: Legal Department,   1306 Dupont Street,
              Bellingham, WA 98225-3198
28877630    +Billings Public Schools,   Attn: Legal Department,   415 North 30th Street,
              Billings, MO 59101-1298
28877632    +C Innovation, Inc.,   Attn: Shelly Shafron, Agent for Ser,   16255 Ventura Blvd, STE 1240,
              Ventura, CA 91436-2322
28877633    +Cajon Valley Union School District,   Attn: Legal Department,   P.O. Box 1007,
              El Cajon, CA 92022-1007
28877634    +Calhoun Intermediate School Distric,   Attn: Legal Department,   17111 G Drive North,
              Marshall, MI 49068-9641
28877635    +Carmen T Birrell,   8107 E Carnation Way,   Anaheim Hills, CA 92808-2242
28877636    +Carol Martin,   16800 Buternut Circle,   Fountain Valley, CA 92708-2803
28877637    +Chad E Hughes,   9861 Dragon Circle,   Huntington Beach, CA 92646-6533
28877638    +Chad Henderson,   1440 S State College Blvd, STE 3N,   Anaheim, CA 92806-5721
28877639    +Charles Lee,   4 Hidalgo Lane,   Rancho Santa Margarita, CA 92688-8510
28877640    +Charlton Innovations, Inc.,   Attn: Shelly Shafron, Agent for Ser,   16255 Ventura Blvd, STE 1240,
              Ventura, CA 91436-2322
28877641    +Christopher M Walker,   6598 Montecarlo Pl.,   Rancho Cucamonga, CA 91701-9015
28877642    +Clara E Camacho,   6619 Capitol Place,   Rancho Cucamonga, CA 91701-7784
28877643     Claremont Unified School District,   Attn: Legal Department,   2080 N. Mountaine Avenue,
              Claremont, CA 91711-2697
28877644    +Clark W Thompson,   1384 W. Foothill Blvd Apt. 21,   Upland, CA 91786-3663
28877645    +Clovis Unified School District,   Attn: Legal Department,   1450 Herndon Avenue,
              Clovis, CA 93611-0599
28877646    +Colorado Springs School District #1,   Attn: Legal Department,   1115 North El Paso Blvd,
              Colorado Springs, CO 80903-2519
28877647    +Colton Joint Unified School Distric,   Attn: Legal Department,   1212 Valencia Drive,
              Colton, CA 92324-1798
28877648    +Contra Costa County-Brentwood USD,   Attn: Legal Department,   255 Guthrie Lane,
              Brentwood, CA 94513-4025
28877649    +Corona-Norco Unified School Distric,   Attn: Legal Department,   2820 Clark Avenue,
              Norco, CA 92860-1903
28877650    +Crane Country Day School,   Attn: Legal Department,   1795 San Leandro Lane,
              Santa Barbara, CA 93108-2699
28877651     Davis Joint Unified School District,   Attn: Legal Department,   526 B Street,
              Davis, CA 95616-3811
28877652    +Deborah S Adolphs,   17 Sarazen Ln,   Coto de Caza, CA 92679-5007
28877653    +Demetrius P Olsen,   118 1/2 Amethyst Street,   Balboa Island, CA 92662-6408
28877654    +Downey Unified School District,   Attn: Legal Department,   11627 Brookshire Avenue,
              Downey, CA 90241-4999
28877655    +E. Lynn Schoenmann, Trustee BK 04-3,   Attn: Thomas F. Koegel Esq.,   275 Battery St. 23rd Fl.,
              San Francisco, CA 94111-3366
28877656    +Edgar F Garrobo,   6403 Layton St,   Alta Loma, CA 91701-4129
28877657    +Edward Lopez,   338 S. Grape Street,   San Bernadino, CA 92410-2212
28877658    +Edwin R Waite,   20111 Athenon Ave,   Perris, CA 92570-7629
28877659    +Enter Net Development Corp,   Attn: Shelly Shafron, Agent for Ser,   16255 Ventura Blvd, STE 1240,
              Ventura, CA 91436-2322
28877661    +Erickson Aguinaldo,   26035 Moulton Parkway # 128,   Laguna Hills, CA 92653-6245
```

```
District/off: 0973-2           User: LynnlC                Page 2 of 4                   Date Rcvd: Mar 22, 2011
                               Form ID: b9f               Total Noticed: 135

 28877662      +Fontana Unified School District,    Attn: Legal Department,    9680 Citrus Avenue,
                 Fontana, CA 92335-5594
 28877663      +Fort Bend Independent School Distri,    Attn: Legal Department,    555 Julie Rivers Drive,
                 Sugar Land, TX 77478-2835
 28877664      +Future Now Enterprises, LLC,    ATTN: Carson Mail Depot,    1805 N Carson Street,
                 Carson City, NV 89701-1216
 28877668      +GPSXPERTS LLC,    305 Vineyard Town Center #193,    Morgan Hill, CA 95037-5674
 28877665      +Gary P. Loyd,    12914 Percheron Lane,    Herndon, VA 20171-1764
 28877666      +George Allen,    47 Bayview Ave,    Los Gatos, CA 95030-5927
 28877667      +Glendale Unified Schools,    Attn: Legal Department,    223 North Jackson Street,
                 Glendale, CA 91206-4380
 28877669      +Green Bay Area Public Schools,    Attn: Legal Department,    200 South Broadway,
                 Green Bay, WI 54303-1516
 28877670      +Gregory Sorkin,    31 Bowie Place,    Irvine, CA 92602-0761
 28877671      +Gwen A Powell,    4907 Towers Street,    Torrance, CA 90503-1449
 28877672      +Hanford Elementary School District,    Attn: Legal Department,    P.O. Box 1067,
                 Hanford, CA 93232-1067
 28877673      +Hayward Unified School District,    Attn: Legal Department,    24411 Amador Street,
                 Hayward, CA 94544-1376
 28877674      +Huntington Beach Union HSD,    Attn: Legal Department,    5832 Bolsa Avenue,
                 Huntington Beach, CA 92649-1181
 28877675      +Intelligroup,    Attn: Legal Department,    5 Independance Way Ste. 220,    Princeton, NJ 08540-6627
 28877676      +Jacob Navas,    7098 Beryl Ct,    Alta Loma, CA 91701-5620
 28877677      +James K Martin,    1098 Viewpoint Street,    Upland, CA 91784-8036
 28877678      +James Ruvalcaba,    2762 E. Standish Ave,    Anaheim, CA 92806-4349
 28877681      +John W. Uhler,    1121 East Sanders Rd.,    Sandy, UT 84094-5663
 28877682      +Joyce L Greenway,    8134 E Carnation Way,    Anaheim, CA 92808-2222
 28877683      +Katy Independent School District,    Attn: Legal Department,    6301 South Stadium Way,
                 Katy, TX 77494-8298
 28877684      +Kenosha Unified School District 1,    Attn: Legal Department,    3600 52nd Street,
                 Kenosha, WI 53144-2697
 28877685      +Lana Dancy,    3717 Sweetwater Drive,    Rocklin, CA 95677-1951
 28877686      +Larry Anderson,    592 High Ridge Lane,    Alpine, UT 84004-2656
 28877687      +Laura L Ciszek,    1323 NancyCourt,    Upland, CA 91786-2506
 28877688      +Lawrence M Cole,    412 Fallingstar,    Irvine, CA 92614-7573
 28877689      +Lewisville Independent School Distr,    Attn: Legal Department,    PO Box 217,
                 Lewisville, TX 75067-0217
 28877690       Lompoc Unified School District,    Attn: Legal Department,    P.O. Box 8000,
                 Lompoc, CA 93438-8000
 28877691      +Louis A Casselle,    7573 Paramount Ct.,    Rancho Cucamonga, CA 91730-1629
 28877692      +Loyola High School of Los Angeles,    Attn: Legal Department,    1901 Venice Blvd,
                 Los Angeles, CA 90006-4401
 28877693      +Maggie Groessl,    1923 Yorba Dr.,    Pomona, CA 91768-1556
 28877695      +Manteca Unified School District,    Attn: Legal Department,    P.O. Box 32,
                 Manteca, CA 95336-0032
 28877696      +Marge B Romasanta,    12698 Amberhill Ave,    Corona, CA 92880-7242
 28877697      +Mary D Langley,    830 17th Street Unit #2,    Santa Monica, CA 90403-1942
 28877698      +Mary G Thompson,    7451 Indigo Lane,    Fontana, CA 92336-3113
 28877699      +Matt S Keillor,    11906 Paseo Lucido # 156,    San Diego, CA 92128-6259
 28877700      +Megan E Anderson,    96 Abrigo,    Rancho Santa Margarita, CA 92688-2030
 28877701      +Michael A O'Boyle,    164 Shenandoah Road,    Buffalo, NY 14220-2545
 28877702      +Michael J Ramirez,    9942 Guinida Lane,    Anaheim, CA 92804-5337
 28877703      +Michelle Selby,    515 Sang Saloon Road,    Cedar Park, TX 78613-6997
 28877704      +Missoula County Public Schools,    Attn: Legal Department,    915 South Avenue West,
                 Missoula, MT 59801-7910
 28877705      +Mountain View School District,    Attn: Legal Department,    2585 S Archibald,
                 Ontario, CA 91761-6510
 28877706      +Mukilteo School District #6,    Attn: Legal Department,    9401 Sharon Drive,
                 Everett, WA 98204-2699
 28877707      +New Haven Unified School District,    Attn: Legal Department,    34200 Alvarado Niles Road,
                 Union City, CA 94587-4402
 28877708      +Oakland RESA,    Attn: Legal Department,    2111 Pontiac Lake Road,    Waterford, MI 48328-2736
 28877709      +Ontario-Montclair School District,    Attn: Legal Department,    950 West D Street,
                 Ontario, CA 91762-3026
 28877710      +Palm Springs Unified School Distric,    Attn: Legal Department,    1000 Tahquitz Canyon Bldg A,
                 Palm Springs, CA 92262-6748
 28877711      +Paul A Heath,    215 E Whitcomb Ave,    Glendora, CA 91741-2665
 28877712      +Paul B Stout,    P.O. Box 520952,    Big Lake, AK 99652-0952
 28877713       Paul Charlton,    PO Box 411143,    San Francisco, CA 94141-1143
 28877714      +Pleasanton Unified School District,    Attn: Legal Department,    4750 First Street,
                 Pleasanton, CA 94566-7334
 28877715      +Pomona Unified School District,    Attn: Legal Department,    800 S Garey Avenue,
                 Pomona, CA 91766-3325
 28877716      +Priscilla F. Schroeder,    104 Stonington Way,    Folsom, CA 95630-6845
 28877717      +Prism Prime, LLC,    ATTN: Carson Mail Depot,    1805 N Carson Street,    Carson City, NV 89701-1216
 28877718      +Randy R. Robertson,    9388 Highland Avenue,    Alta Loma, CA 91701-4104
 28877719      +Results ByIQ LLC,    2740 Van Ness Ave, STE 300,    San Francisco, CA 94109-0217
 28877720      +Rhonda Rutter,    P.O. Box 374,    Claremont, CA 91711-0374
 28877721      +Richard R Ojeda,    2201 Bailey Ave,    San Diego, CA 92105-5215
```

```
District/off: 0973-2           User: LynnlC               Page 3 of 4                   Date Rcvd: Mar 22, 2011
                               Form ID: b9f               Total Noticed: 135

28877722     +Riverside County Office of Educatio,     Attn: Legal Department,    3939 Thirteenth Street,
               Riverside, CA 92501-3505
28877723     +Roseville City School District,     Attn: Legal Department,    1050 Main Street,
               Roseville, CA 95678-4395
28877724      Sacramento City Unified School Dist,     Attn: Legal Department,    P.O. Box 246870,
               Sacramento, CA 95824-6870
28877725     +San Diego Unified School District,     Attn: Legal Department,    4100 Normal Street,
               San Diego, CA 92103-2682
28877726     +San Juan Unified School District,     Attn: Legal Department,    3738 Walnut Avenue,
               Carmichael, CA 95608-3099
28877727     +Sandra L Kratz,    25014 Mills Pass Ct,    Katy, TX 77494-2512
28877728     +Scott Yarborough,    1991 Rheinland Ct.,    Simi Valley, CA 93065-5947
28877729     +Sharyle L Sponsler,    31228 West Nine Drive,    Laguna Niguel, CA 92677-2947
28877730     +Sheila M Teuber,    1123 Morningside Drive,    Claremont, CA 91711-2437
28877731     +Sheila Whalen,    26316 Spring Creek Circle,    Lake Forest, CA 92630-6532
28877732     +Simi Valley Unified School District,     Attn: Legal Department,    875 E. Cochran St.,
               Simi Valley, CA 93065-1934
28877733     +Solomon Enterprises, Inc.,    ATTN: Carson Mail Depot,    1805 N Carson Street,
               Carson City, NV 89701-1216
28877734     +Spring Intermediate School Distrct,     Attn: Legal Department,    16717 Ella Blvd,
               Houston, TX 77090-4213
28877735     +St. Clair Intermediate School Distr,     Attn: Legal Department,    P.O. Box 1500,
               Marysville, MI 48040-8000
28877736     +Stephanie K Stout,    PO Box 520952,    Big Lake, AK 99652-0952
28877737     +Stockton Unified School District,     Attn: Legal Department,    701 N Madison,
               Stockton, CA 95202-1687
28877738     +TeleParent Educational Systems,     Attn: Legal Department,    219 N. Harbor Blvd, Suite A,
               Fullerton, CA 92832-1853
28877739     +Terri A Walz,    14847 Manilla Drive,    Draper, UT 84020-5186
28877740     +Torrance Unified School District,     Attn: Legal Department,    2335 Plaza Del Amo,
               Torrance, CA 90501-3420
28877741     +Tory S Joyce,    3468 Whytecliff Way,    Sun Prairie, WI 53590-9496
28877742     +Ventura County Office of Education,     Attn: Legal Department,    5189 Verdugo Way,
               Camarillo, CA 93012-8653
28877743     +Ventura Unified School District,     Attn: Legal Department,    255 West Stanley Avenue,
               Ventura, CA 93001-1348
28877744     +Vermont Equity Partners LLC,    2740 Van Ness Ave STE 300,    San Francisco, CA 94109-0217
28877745     +Vermont Equity Partners LLC,    Attn: Jeffrey B. Neustadt, Esq, Age,    2740 Van Ness Ave, STE 300,
               San Francisco, CA 94109-0217
28877746     +Waukesha School District,    Attn: Legal Department,    222 Maple Avenue,    Waukesha, WI 53186-4725
28877747     +Wayne County RESA,    Attn: Legal Department,    33500 Van Born Road,    Wayne, MI 48184-2474
28877748     +Whittier Union High School District,     Attn: Legal Department,    9401 S Painter Avenue,
               Whittier, CA 90605-2798
28877750     +William W. Naughtin,    1424 Augusta Drive,    Upland, CA 91786-2445
28877751     +Z3 Development,    Attn: Chad Henderson,    1440 S State College Blvd, STE 3N,
               Anaheim, CA 92806-5721
28877752     +Zangle3 LLC,    Attn: Carson Mail Depot,    1805 N. Carson Street,    Carson City, NV 89701-1216
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Mar 23 2011 03:28:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Mar 23 2011 03:28:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA 95812-2952
smg           EDI: IRS.COM Mar 23 2011 03:23:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28877753*    +Zangle3 LLC,    ATTN: Carson Mail Depot,    1805 N Carson Street,    Carson City, NV 89701-1216
28877627    ##+Austin M Groszewski,    1788 W Arrow Rte #211,    Upland, CA 91786-4295
28877631    ##+Brian C Smith,    1008 N Turner Ave #264,    Ontario, CA 91764-5374
28877660    ##+Eric Metson,    11748 Pickford Road,    San Diego, CA 92131-3647
28877679    ##+Jeff W Coray,    11100 4th Street Apt. F303,    Rancho Cucamonga, CA 91730-5995
28877680    ##+Jesse Evans,    10876 Ivy Hill Dr #3,    San Diego, CA 92131-3957
28877694    ##+Maggie Groessl,    2343 6th Street,    La Verne, CA 91750-4524
28877749    ##+William J Hopkins,    731 Spruce Street,    Riverside, CA 92507-3043
                                                                                   TOTALS: 0, * 1, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0973-2          User: LynnlC              Page 4 of 4               Date Rcvd: Mar 22, 2011
                              Form ID: b9f              Total Noticed: 135
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**                    **Signature:**    _/s/ Joseph Speetjens_

B9F (Official Form 9F) (Chapter 11 Corporation or Partnership Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT     Central District Of California

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on March 17, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>Zangle Inc<br>23440 Civic Ctr Dr Ste 205<br>Malibu, CA 90265 | **Case Number:**<br>**2:11−bk−21515−RN** |
| All other names used by the Debtor(s) in the last 8 years (include trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:<br>Dbt EIN/Tax I.D.: 27−5071101 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey B Neustadt<br>Law Offices of Jeffrey B Neustadt<br>2740 Van Ness Ave Ste 300<br>San Francisco, CA 94109<br>Telephone number: 415−434−4400 | Bankruptcy Trustee (name and address):<br>none |

### Meeting of Creditors:

Date: **May 3, 2011**     Time: **09:00 AM**

Location: **725 S Figueroa St., Room 2610, Los Angeles, CA 90017**

### Deadlines to File Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankrupcty Court<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number: 213−894−3118 | **For the Court**<br>Clerk of the Bankruptcy Court<br>Kathleen J. Campbell |
| Hours Open: 9:00 AM − 4:00 PM | Date: March 22, 2011 |
| **(Form rev. 12/07:341−B9F)** | 12/LLI |

**EXPLANATIONS**            **B9F (Official Form 9F) (12/07)**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141 (d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Zangle Inc | Case Number: 2:11-21515-RN |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**      $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.