Alan D. Smith, CSBA 89112
Steven G. Polard, CSBA 90319
Ronald Y. Koo, WSBA 36950
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.9900
Fax:  310.788.3399
Email:  ADSmith@perkinscoie.com
Email:  SPolard@perkinscoie.com
Email:  RKoo@perkinscoie.com

Attorneys for Bellingham School District No. 501
and Mukilteo School District No. 6

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re Zangle Inc.,<br><br>                        Debtor. | CASE NO. 11-21515-RN<br><br>Chapter: 11<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure

9010(b), creditors Bellingham School District No. 501 and Mukilteo School District No. 6 appear

in this case by and through the undersigned attorneys.

YOU ARE REQUESTED to serve all notices, including the notices required to be sent to

creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the undersigned at the address below.

The foregoing request includes not only the notices and papers referred to in the rules

specified above, but also, without limitation, pleadings or papers seeking relief from stay,

assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset

1  of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests,

2  complaints, operating reports, whether directed to parties in interest, generally or specifically.

3  This request applies to documents served both before and after the last date upon which a proof of

4  claim may be filed.

5          The Clerk of the Bankruptcy Court is further requested to add the name and address stated

6  below to the master mailing list in this case:

7                    Alan D. Smith, CSBA 89112
8                    Steven G. Polard, CSBA 90319
                    Ronald Y. Koo, WSBA 36950
9                    Perkins Coie LLP
                    1888 Century Park East, Suite 1700
10                   Los Angeles, CA 90067-1721
                    Telephone:  310.788.9900
11                   Fax:  310.788.3399
12                   Email:  ADSmith@perkinscoie.com
                    Email:  SPolard@perkinscoie.com
13                   Email:  RKoo@perkinscoie.com

14  The undersigned hereby also consents to email service, including ECF service, at the following
    email addresses:
15                   ADSmith@Perkinscoie.com
                    SPolard@perkinscoie.com
16                   RKoo@perkinscoie.com

17

18  DATED:  April 28, 2011                    **PERKINS COIE** LLP

19                                            By:  _/s/  Steven G. Polard_____
                                                   Steven G. Polard, CSBA No. 90319
20

21                                            Attorneys for Bellingham School District No.
                                              501 and Mukilteo School District No. 6
22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Corina Rachina, declare:

I am a citizen of the United States and employed in King County, Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1201 3rd Avenue, Suite 4800, Seattle, Washington 98101.

On April 28, 2011, I served a copy of the within document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at King County, Washington addressed as set forth below.

☐     by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Debtor**
Zangle Inc
23440 Civic Ctr Dr Ste 205
Malibu, CA 90265

**Attorney for U.S. Trustee:**
Russell Clementson
725 S Figueroa Ste 2600
Los Angeles, CA 90017

**Debtor's Counsel**:
Jeffrey B Neustadt
Law Offices of Jeffrey B Neustadt
2740 Van Ness Ave Ste 300
San Francisco, CA 94109

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1    I declare that I am employed in the office of a member of the bar of this court at whose

2    direction the service was made.

3    I declare under penalty of perjury under the laws of the State of California that the above

4    is true and correct.

5    Executed on April 28, 2011 at King County, Washington.

6    /s/ Corina Rachina

7    Corina Rachina, Paralegal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28