



# Student Information System

May 2011

# Introduction

- What do we expect the results of the reorganization plan to be?

- Where are we today?

- How do we get to where we want to be from here?

# Results of Reorganization

- **Undisputed Ownership Rights**
  - Zangle Inc. is recognized as the undisputed title holder of the Zangle Product Suite in the eyes of the current ZIS customers and the marketplace.

- **Retain customers**
  - All current ZIS users remain ZIS users under Zangle Inc.

- **No 3rd Party Interference**
  - No more companies with businesses derived from the unlawful use of copyright, trademarks, and trade secrets of Zangle

- **No active litigation**
  - All outstanding proceedings complete

- **Improved Zangle Product Suite**
  - New Modules added,
  - Upgrade parts of current toolset that need it

# Current Situation-Messy

- **Clouded Title-** Pay Schoenmann claim

- **Unauthorized Users-3r$^{rd}$** parties using trade secrets, copyright and trademarked materials as the core of their business

- **Unpaid Users** -12 districts –copyright and trademark infringement lawsuits filed against the 12 districts

- **Sharks in the Water**— Competitors contacting districts to convert of existing Zangle users

# Path Forward – 4 C's

- **Capita**l-led by Rob Fiance and Edumetrix
    - Bridge loan to cure Schoenmann and sustain operations

- **Clear Title**- upon payment of Schoenmann claim

- **Capability**-first hires ready

- **Customers**- ready when we are
    - Many customers indicated a willingness to move forward if the above three are provided.

# Next Steps?

- Choose a bridge loan provider (1-2 weeks)
- Pay Schoenmann claim (1-2 weeks after above)
- Sign License agreements with districts
- Hire support and development teams
- Collect license fees from districts for ongoing operations

# Appendix

May 2010

# Business Model

- Single fee for all modules, no per module pricing
- Annual subscription fee to maintain license
- Open License Program –open does NOT mean free
- Method of support depends on scale
- Custom State reporting requirements are extra

# Development Plan-"Red Hat" of SIS

- Open License Program with shop rights

- Omnivore Data Migration Program

- Free Downloads of Zangle and Omnivore as a "free trial"/ no risk way to implement Zangle

- Migrate core tools to more relevant platforms and languages

- Implement new core features-approve modules from developer community

# Zangle Team

- John Weldon CEO
  - 20 Years in fast growth, high tech companies
  - Division President for $800mm NASDAQ company (CMTL)
  - MBA with several years experience in K12 marketplace

- Paul Charlton CTO
  - Wrote original QuickTime program for Apple
  - Founded company that sold for $165mm to Inktomi
  - Re-architected QuickBooks program

- June Allen CFO-
  - Accountant at Arthur Anderson
  - Private Practice
  - CPA

# Zangle has value

**Impacts all areas of daily school life**

- Scheduling
- Grading
- Attendance
- Food Service
- Communication

**Mature product offering and rich feature set with:**

- 15+ years in market
- $30mm in sales past 5yrs.
- $5+MM annual revenues
- Strong growth potential
- Experienced leadership